DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN W. HOOD, JR.,**
Appellant,

v.

**CITIGROUP MORTGAGE LOAN TRUST INC. 2007-AR7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR7, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,**
Appellee.

No. 4D19-2348

[May 28, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone Senior, Judge; L.T. Case No. CACE17-016435.

Charles P. Gufford of McCalla Raymer Liebert Pierce, LLC, Orlando, for appellant.

Niles B. Whitten, Gainesville, for appellee.

PER CURIAM.

*Affirmed.*[1]

WARNER, MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] We are mindful of the issuance of Administrative Order SC20-23 (the requirement in Florida Rule of Civil Procedure 1.580(a) for the clerk to issue a writ of possession "forthwith" remains suspended) and Executive Order 20-121 (extending, until 12:01 a.m. on June 2, 2020, Executive Order 20-94, which suspends and tolls any statute providing for a mortgage foreclosure cause of action under Florida law). We trust any motions directed to those orders shall be filed in the lower tribunal upon issuance of our mandate.